PERRY & SHAPIRO, L.L.P.
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for SunTrust Mortgage, Inc.,
and Crestar Mortgage
[FILE 09-014837 SUT]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

TERRI CLARK,

    Debtor.

Case # 2:09-bk-24892-CGC

Chapter 13

**OBJECTION TO CHAPTER 13 PLAN BY SunTrust Mortgage, Inc., and Crestar Mortgage**

SunTrust Mortgage, Inc., and Crestar Mortgage, ("SUNTRUST"), a secured creditor in this bankruptcy case, through undersigned counsel hereby objects to the confirmation of the Chapter 13 Plan filed by the Debtor for the reasons stated below.

1. SUNTRUST is the holder of a note ("the SUNTRUST Note"), secured by a deed of trust recorded in the first position against certain real property, ("the Property"), generally described as 5237 W. Topeka Dr., Glendale, AZ 85308 and legally described as:

LOT 54, CHELSEA VILLAGE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUTNY, ARIZONA, IN BOOK 386 OF MAPS, PAGE 46.

A copy of the deed of trust held by SUNTRUST is attached hereto as exhibit "A". The Note has been inadvertently misplaced at this time. Upon information and belief, the above-described real property is the principal residence of the Debtor.

2. When the bankruptcy petition was filed on October 3, 2009, the payments under the terms of the SUNTRUST Note were in default. The plan incorrectly states the amount of the default on the SUNTRUST Note. The correct amount of the default is as follows:

```
Regular payments for March 2009 through
July 2009 (5 months) at $1,377.72per
month ................................... $6,888.60
Regular payments for August 2009
through October 2009 3 months) at
$1,409.46 per month ...................... $4,228.38

Accrued Late Charges ......................... 534.24
Escrow Advance ............................. 1,482.92
Escrow Shortage .............................. 365.59
Foreclosure Fees & Costs ................... 1,893.66
Bankruptcy Attorneys' Fees & Costs** ......... 300.00
TOTAL ARREARAGE AND OTHER CHARGES: ....... $15,693.39
```

3. SUNTRUST objects to the Confirmation unless the regular post-petition payments due on the Note are current.

///

1      WHEREFORE, SUNTRUST objects to confirmation of the

2 chapter 13 Plan.

3      DATED this 30 day of November, 2009.

                             Perry & Shapiro, L.L.P.

                             Christopher R. Perry
                             Jason P. Sherman
                             Attorney for SUNTRUST

Original filed this 30 day of November, 2009 with:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed this 30 day of November, 2009 to:

Chapter 13 Trustee:
Edward J. Maney
P.O. BOX 10434
Phoenix, AZ 85064

Attorney for Debtor:
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311

Debtor:
Terri Clark
5237 West Topeka
Glendale, AZ 85308

By _____