PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for JPMorgan Chase Bank, N.A.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **In Re:**<br><br>**TERRI CLARK,**<br><br>　　Debtor. | **Proceedings In Chapter 13**<br><br>**No. 2:09-24892 PHX CGC**<br><br>**MOTION FOR STATUS HEARING ON CONFIRMATION OF CHAPTER 13 PLAN** |

　　JPMorgan Chase Bank, N.A., a secured creditor in the above captioned matter (hereinafter "Chase"), by and through its attorneys, Patricia Doyle-Kossick, P.L.C., herewith submits its motion for a status hearing on confirmation of the chapter 13 plan. Chase is the holder of a purchase money security agreement covering collateral described as a 2008 Saturn Vue. Chase has been waiting for confirmation of the Debtor's plan, but the Debtor has not complied with the trustee's recommendation filed on December 21, 2009. The Debtor was instructed to comply with the trustee's recommendation within 30 days of the recommendation and the Debtor has not. Cause exists for a hearing on confirmation.

　　**WHEREFORE**, JPMorgan Chase Bank, N.A. respectfully requests that the Court schedule a hearing on confirmation of the Chapter 13 plan.

　　**RESPECTFULLY SUBMITTED** this 25th day of March, 2010.

Page 1

|  | PATRICIA DOYLE-KOSSICK, P.L.C. |
|--|--|
|  | /s/ *Patricia Doyle-Kossick* SBN 010217 |
|  | PATRICIA DOYLE-KOSSICK |

Copy of the foregoing mailed
the 26th day of March, 2010 to:

Terri Clark
5237 W. Topeka
Glendale, AZ 85308

Joseph W. Charles
Law Offices of Joseph Charles, PC
P.O. Box 1737
Glendale, AZ 85311-1737

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434

*/s/ Patricia Doyle-Kossick*