# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | TERRI CLARK |
| **Case Number:** | 2:09-bk-24892-CGC | **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MAY 11, 2010 11:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

### *Matter:*

STATUS HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

**R / M #:**   0 / 0

### *Appearances:*

RONALD HOFFBAUER, ATTORNEY FOR EDWARD MANEY, TRUSTEE
JOSEPH W. CHARLES, ATTORNEY FOR TERRI CLARK
PATRICIA DOYLE-KOSSICK, ATTORNEY FOR JPMORGAN CHASE BANK

### *Proceedings:*

MR. HOFFBAUER STATES WHAT IS NEEDED TO CONFIRM THE PLAN AND REQUESTS THESE ITEMS WITHIN 15 DAYS THE PLAN SHOULD BE READY FOR CONFIRMATION.

MS. DOYLE-KOSSICK ADVISES SHE WILL SIGN THE CONFIRMATION ORDER WHEN SUBMITTED TO HER.

COURT:  IT IS ORDERED DEBTOR SHALL HAVE 15 DAYS TO TURNOVER THE REQUESTED ITEMS TO THE TRUSTEE.